[COUNSEL LISTED ON SIGNATURE PAGES]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| ANGELA ROLANDO and TONYA ROLANDO; CHASE WEINHANDL and BENJAMIN MILANO; SUSAN HAWTHORNE and ADEL JOHNSON; and SHAUNA GOUBEAUX and NICOLE GOUBEAUX,<br><br>                    Plaintiffs,<br><br>     v.<br><br>TIM FOX, in his official capacity as Attorney General of the State of Montana; MICHAEL KADAS, in his official capacity as the Director of the Montana Department of Revenue; and FAYE MCWILLIAMS, in her official capacity as Clerk of Court of Cascade County.<br><br>                    Defendants. | CV-14-40-GF-BMM<br><br><br><br>**STIPULATION REGARDING SCHEDULE FOR RULE 54 FILINGS** |

Pursuant to Federal Rules of Civil Procedure 6(b)(1) and 54(d)(2)(B), Plaintiffs and Defendants file this Stipulation regarding the schedule for Plaintiffs to file any bill of costs or motion for attorney's fees:

WHEREAS, the Court entered an Order granting Plaintiffs' Motion for Summary Judgment on November 19, 2014 (Doc. 35);

WHEREAS, Defendants filed a Notice of Appeal that same day (Doc. 36); and

WHEREAS, the parties agree that it would be most efficient to extend the deadline for Plaintiffs to file any motion for attorney's fees and to submit a bill of costs pursuant to Rule 54 until after Defendants' appeal is resolved.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties, subject to the approval of the Court, that:

1. The deadline for Plaintiffs to file a bill of costs or a motion for fees under Rule 54 is delayed until 30 days after the latest of: (1) dismissal of the State's appeal by the Ninth Circuit; (2) the expiration of the deadline for the filing of a petition for a writ of certiorari to the Supreme Court after entry of judgment by the Ninth Circuit; (3) an order by the Supreme Court denying any petition for a writ of certiorari; (4) the issuance of the mandate by the Supreme Court, or in the event no formal mandate is issued, the receipt by the Ninth Circuit of a certified copy of the Supreme Court's judgment, after a petition for a writ of certiorari is granted; or (5) the issuance of the mandate from the Ninth Circuit at the conclusion of any further proceedings in that court after a petition for a writ of certiorari is granted.

**IT IS SO STIPULATED.**

//

//

Dated: December 1, 2014

| | |
|---|---|
| James H. Goetz<br>Benjamin J. Alke<br>Goetz, Baldwin & Geddes, P.C.<br>35 North Grand (zip code 59715)<br>P.O. Box 6580<br>Bozeman, Montana 59771<br>Ph:     (406) 587-0618<br>Fax:    (406) 587-5144<br>E-mail:goetzlawfirm@goetzlawfirm.com | TIMOTHY C. FOX<br>Montana Attorney General<br>MARK W. MATTIOLI<br>Chief Deputy Attorney General<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT 59620-1401<br>Ph:     (406) 444-2026<br>Fax:    (406) 444-3549<br>Email: mmattioli@mt.gov |
| Jim Taylor, Legal Director<br>American Civil Liberties Union of Montana Foundation<br>241 E. Alder (zip code 59802)<br>P. O. Box 9138<br>Missoula, MT 59807<br>Ph:     (406) 880-6159<br>Email: JimT@aclumontana.org | By:     /s/ Mark W. Mattioli<br>            Mark W. Mattioli<br><br>*Counsel for Defendants* |

Ruth N. Borenstein (pro hac vice)
Stuart C. Plunkett (pro hac vice)
Emily F. Regier (pro hac vice)
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
Ph:     (415) 268-7000
Fax:    (415) 268-7522
Email: RBorenstein@mofo.com;
SPlunkett@mofo.com;
ERegier@mofo.com

Ariel F. Ruiz (pro hac vice)
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019
Ph:     (212) 468-8000
Fax:    (212) 468-7900

Elizabeth O. Gill  (pro hac vice)
LGBT & AIDS Project
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, CA 94111
Ph:     (415) 621-2493, Ext. 437
Fax:    (415) 255-8437
Email: Egill@aclunc.org

By:     /s/ Benjamin J. Alke
            Benjamin J. Alke

*Attorneys for Plaintiffs*

## ECF ATTESTATION

I, RUTH N. BORENSTEIN, am the ECF User whose ID and password are being used to file this document. I hereby attest that Benjamin J. Alke and Mark W. Mattioli have concurred in this filing.

Dated: December 1, 2014

                                                /s/ Ruth N. Borenstein
                                                      Ruth N. Borenstein