IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ANGELA ROLANDO and TONYA ROLANDO; CHASE WEINHANDL and BENJAMIN MILANO; SUSAN HAWTHORNE and ADEL JOHNSON; and SHAUNA GOUBEAUX and NICOLE GOUBEAUX,<br><br>        Plaintiffs,<br><br>    v.<br><br>TIM FOX in his official capacity as Attorney General of the State of Montana; MICHAEL KADAS, in his official capacity as the Director of the Montana Department of Revenue; and FAYE MCWILLIAMS, in her official capacity as Clerk of Court of Cascade County.<br><br>        Defendants. | CV-14-40-GF-BMM<br><br><br><br>ORDER REGARDING SCHEDULE OF RULE 54 FILINGS |

On Stipulation of the parties, Doc. 55, and good cause appearing, IT IS HEREBY ORDERED that the deadline for parties to either provide notice to the Court that a written settlement agreement has been executed on the issue of fees and costs, or for the Plaintiffs to file a bill of costs and a motion for fees under Rule 54, is delayed until October 28, 2015.

DATED this 28th day of September, 2015.

_____
Brian Morris
United States District Court Judge