[COUNSEL LISTED ON SIGNATURE PAGES]

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA GREAT FALLS DIVISION

| | |
|---|---|
| ANGELA ROLANDO and TONYA ROLANDO; CHASE WEINHANDL and BENJAMIN MILANO; SUSAN HAWTHORNE and ADEL JOHNSON; and SHAUNA GOUBEAUX and NICOLE GOUBEAUX,<br><br>      Plaintiffs,<br>v.<br><br>TIM FOX in his official capacity as Attorney General of the State of Montana; MICHAEL KADAS, in his official capacity as the Director of the Montana Department of Revenue; and FAYE MCWILLIAMS, in her official capacity as Clerk of Court of Cascade County.<br><br>      Defendants. | CV-14-40-GF-BMM<br><br><br><br>JOINT NOTICE REGARDING RULE 54 MOTION |

**Comes Now the Parties,** and hereby notify the Court that all issues concerning fees and costs have been negotiated and resolved between them, and therefore there will not be a need for filing a Motion pursuant to Rule 54 of the Federal Rules of Civil Procedure.

Dated:  October 28, 2015


James H. Goetz
Goetz, Baldwin & Geddes,
P.C. 35 North Grand
(zipcode 59715)
P.O. Box 6580 Bozeman, Montana 59771
Ph: (406) 587-0618
Fax: (406) 587-5144
E-mail: goetzlawfirm@goetzlawfirm.com

By:    /s/ Benjamin J. Alke
         Benjamin J. Alke
   *Attorneys for Plaintiffs*


Jim Taylor, Legal Director
American Civil Liberties Union of
Montana Foundation
241 E. Alder (zip code 59802)
P.O. Box 9138
Missoula, MT 59807
Ph: (406) 880-6159
Email: JimT@aclumontana.org

Joint Notice Regarding Rule 54 Motion                                                                       2

Elizabeth O. Gill (pro hac vice)
LGBT & AIDS Project
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, CA  94111
Ph:     (415) 621-2493, Ext. 437
Fax:   (415) 255-8437
Email: Egill@aclunc.org

Ruth N. Borenstein (pro hac vice)
Stuart C. Plunkett (pro hac vice)
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
Ph: (415) 268-7000
Fax: (415) 268-7522
Email:
RBorenstein@mofo.com
SPlunkett@mofo.com

TIMOTHY C. FOX
Montana Attorney General
DALE SCHOWENGERDT
Solicitor General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Ph: 406-444-2026
Fax: 406-444-3549
Email: dales@mt.gov

By:     /s/ Dale Schowengerdt
          Dale Schowengerdt

   *Counsel for Defendants*

Joint Notice Regarding Rule 54 Motion                                                             3

## ECF ATTESTATION

I, BENJAMIN J. ALKE, am the ECF User whose ID and password are being used to file this document. I hereby attest that all counsel of record for both Plaintiffs and Defendants have concurred in this filing.

Dated: October 28, 2015         /s/ Benjamin J. Alke
                                Benjamin J. Alke